UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Scott-Francis Chandler</u>

    v.         Case No. 22-cv-373-JL

<u>State of NH, et al.</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 10, 2022.

_____
Joseph N. LaPlante
United States District Judge

Date: December 2, 2022

cc:  Scott-Francis Chandler, pro se